IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 11-00263-KD-M |
| ) | |
| KATHERINE B. SUREK, *et al.*, ) | |
|     Defendants. ) | |

**ORDER**

This matter is before the Court on Plaintiff's Suggestion of Bankruptcy as to Defendant Christopher L. Surek. (Doc. 19). Plaintiff represents that Defendant Christopher Surek has filed for bankruptcy in the U.S. Bankruptcy Court for the Middle District of Louisiana (Case No. 11-11341). The Court's review of the docket of the U.S. Bankruptcy Court for the Middle District of Louisiana indicates that Defendant Christopher Surek filed a Chapter 7 Voluntary Petition for Bankruptcy on August 24, 2011. Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant Christopher L. Surek.

Accordingly, it is hereby **ORDERED** that all proceedings against Defendant Christopher L. Surek are **STAYED** pending further Order of this Court.

This matter remains pending as to Defendant Katherine B. Surek.

**DONE** and **ORDERED** this the **20th** day of **September 2011.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**